# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10471

_____

UNITED STATES OF AMERICA,

                                                                                                        Plaintiff-Appellee,

*versus*

ROBERT DEWAYNE LASHLEY,

                                                                                                        Defendant- Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:22-cr-00027-JA-PRL-1

_____

ORDER:

2          Order of the Court          23-10471

The motion for an extension of time to and including June 28, 2023 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

May 12, 2023

Jenny L. Devine  
Federal Public Defender's Office  
Middle District of Florida  
400 N TAMPA ST STE 2700  
TAMPA, FL 32801

Appeal Number: 23-10471-JJ  
Case Style: USA v. Robert Lashley  
District Court Docket No: 5:22-cr-00027-JA-PRL-1

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

MOT-2 Notice of Court Action